# In the United States Court of Federal Claims

**06-697 T**

**Filed: October 10, 2006**

**ROBERT W. DAVIS et al.**

**v.**

**THE UNITED STATES**

**Exhibit A, and B**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.