# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

RECEIVED
SEP 11 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**2008-5145 - DAVIS V US**

**Date of docketing:** 09/08/2008

**Appeal from:** United States Court of Federal Claims case no. 06-CV-697

**Appellant(s):** Anita C. Galviz, Ann B. Smith, Barry A. Stein, Connie Golding, Corwin H. Meyer, Gordon L. Smith, Karin P. Koch, Lynn G. Meyer, Manuel S. Galviz, Martha H. Dykes, Nancy Davis, Peter T. Koch, Robert W. Davis, Rosabeth M. Kanter and William Golding

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Thomas E. Redding
Bart Duncan Jeffress

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2008-5145

ROBERT W. DAVIS, NANCY DAVIS, MARTHA H. DYKES, MANUEL G. GALVIZ, ANITA C. GALVIZ, WILLIAM GOLDING, CONNIE GOLDING, PETER T. KOCH, KARIN P. KOCH, CORWIN H. MEYER, LYNN G. MEYER, GORDON L. SMITH, ANN B. SMITH, BARRY A. STEIN, and ROSABETH M. KANTER,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 02-CV-1079, Judge Lawrence J. Block.

Authorized Abbreviated Caption[2]

DAVIS v US, 2008-5145

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.